IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Gwendolyn

Printed: 5/13/08

Case Number: 04 B 00222
Judge: Squires, John H
Filed: 1/5/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: May 8, 2008
Confirmed: February 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,535.00 |  |
| Secured: |  | 7,788.18 |
| Unsecured: |  | 3,759.83 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 786.99 |
| Other Funds: |  | 0.00 |
| Totals: | 14,535.00 | 14,535.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | US Bank Trust National Assoc | Secured | 0.00 | 0.00 |
| 3. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 0.00 | 0.00 |
| 4. | Chase Cardmember Services | Secured | 126.19 | 126.19 |
| 5. | Bank One | Secured | 7,661.99 | 7,661.99 |
| 6. | Sears Roebuck & Co | Secured | 0.00 | 0.00 |
| 7. | Specialized Management Consultants | Unsecured | 65.49 | 160.93 |
| 8. | ECast Settlement Corp | Unsecured | 192.00 | 471.88 |
| 9. | Resurgent Capital Services | Unsecured | 402.59 | 989.43 |
| 10. | Bank One | Unsecured | 42.49 | 104.44 |
| 11. | RoundUp Funding LLC | Unsecured | 729.80 | 1,793.57 |
| 12. | Chase Cardmember Services | Unsecured | 97.48 | 239.58 |
| 13. | City Of Chicago | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,518.03 | $ 13,748.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 79.80 |
| 4% | 45.60 |
| 6.5% | 144.67 |
| 3% | 25.88 |
| 5.5% | 140.25 |
| 5% | 43.69 |
| 4.8% | 79.26 |
| 5.4% | 227.84 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Robinson, Gwendolyn

Printed:  5/13/08

Case Number:  04 B 00222
Judge:  Squires, John H
Filed:  1/5/04

_____
$ 786.99

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

